FILED
10/29/2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY WEBBER SYLVIA,

Defendant.

Case No. 2:26-cr-00051-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL

This is to authorize and direct you to release ANTHONY WEBBER SYLVIA – Case No. 2:26-cr-00051-DJC; Charge 18 U.S.C. § 3606 – Violation of Supervised Release– from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $

____ Unsecured Appearance Bond $

____ Appearance Bond with 10% Deposit

**X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED Sacramento County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 10/29/2026 at 9:21 AM.

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE